**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

DISTRICT OF IDAHO

Case number *(if known)* _____    Chapter **11**

☐ Check if this is an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy
**04/25**

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **TR Welding, Inc.** |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **81-2240638** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **701 S. Oneida St.** <br> **Rupert, ID 83350** <br> Number, Street, City, State & ZIP Code | <br> P.O. Box, Number, Street, City, State & ZIP Code |
| **Minidoka** <br> County | **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☑ Other. Specify:    **S-Corp**

Debtor    **TR Welding, Inc.**                                                    Case number (*if known*) _____
_____
Name

**7.  Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

■ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.
____3323____

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____    When _____    Case number _____
District _____    When _____    Case number _____

Debtor    **TR Welding, Inc.**
_____    _____    Case number (*if known*) _____
            Name

**10.** **Are any bankruptcy cases**
       **pending or being filed by a**    ■ No
       **business partner or an**    ☐ Yes.
       **affiliate of the debtor?**

List all cases. If more than 1,
attach a separate list    Debtor _____    Relationship _____

                          District _____ When _____    Case number, if known _____

**11.** **Why is the case filed in**    *Check all that apply:*
       ***this district?***
                          ■    Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately
                               preceding the date of this petition or for a longer part of such 180 days than in any other district.

                          ☐    A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or**    ■ No
       **have possession of any**    ☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.
       **real property or personal**
       **property that needs**
       **immediate attention?**    **Why does the property need immediate attention?** (*Check all that apply.*)

                          ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
                               What is the hazard? _____

                          ☐ It needs to be physically secured or protected from the weather.

                          ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example,
                             livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

                          ☐ Other _____
                          **Where is the property?** _____
                                              Number, Street, City, State & ZIP Code

                          **Is the property insured?**
                          ☐ No
                          ☐ Yes.    Insurance agency _____
                                    Contact name _____
                                    Phone _____

■ **Statistical and administrative information**

**13.** **Debtor's estimation of**    .    *Check one:*
       **available funds**
                          ■ Funds will be available for distribution to unsecured creditors.

                          ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.** **Estimated number of**    ■ 1-49              ☐ 1,000-5,000        ☐ 25,001-50,000
       **creditors**              ☐ 50-99             ☐ 5001-10,000        ☐ 50,001-100,000
                                  ☐ 100-199           ☐ 10,001-25,000      ☐ More than100,000
                                  ☐ 200-999

**15.** **Estimated Assets**    ☐ $0 - $50,000          ☐ $1,000,001 - $10 million      ☐ $500,000,001 - $1 billion
                               ☐ $50,001 - $100,000    ☐ $10,000,001 - $50 million     ☐ $1,000,000,001 - $10 billion
                               ☐ $100,001 - $500,000   ☐ $50,000,001 - $100 million    ☐ $10,000,000,001 - $50 billion
                               ■ $500,001 - $1 million ☐ $100,000,001 - $500 million   ☐ More than $50 billion

**16.** **Estimated liabilities**    ☐ $0 - $50,000     ☐ $1,000,001 - $10 million      ☐ $500,000,001 - $1 billion

Debtor   **TR Welding, Inc.**

Name

Case number (*if known*)

☐ $50,001 - $100,000          ☐ $10,000,001 - $50  million          ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000         ☐ $50,000,001 - $100 million         ☐ $10,000,000,001 - $50 billion
■ $500,001 - $1 million        ☐ $100,000,001 - $500 million        ☐ More than $50 billion

Debtor    **TR Welding, Inc.**                                                    Case number (*if known*) _____
_____
Name

| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **April 11, 2025**_____
                MM / DD / YYYY

**X** */s/ Todd Robinson*_____              **Todd Robinson**_____
Signature of authorized representative of debtor              Printed name

Title    **Owner**_____

**18. Signature of attorney**

**X** */s/ Patrick J. Geile*_____        Date **April 11, 2025**_____
Signature of attorney for debtor                               MM / DD / YYYY

**Patrick J. Geile**_____
Printed name

**Foley Freeman, PLLC**_____
Firm name

**953 S. Industry Way**
**Meridian, ID 83642**_____
Number, Street, City, State & ZIP Code

Contact phone   **(208) 888-9111**_____    Email address   **pgeile@foleyfreeman.com**_____

**6975 ID**_____
Bar number and State

Official Form 201                **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                page 5

**Fill in this information to identify the case:**

Debtor name __TR Welding, Inc.__

United States Bankruptcy Court for the: __DISTRICT OF IDAHO__

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __April 11, 2025__        X __/s/ Todd Robinson__
                                          Signature of individual signing on behalf of debtor

                                          __Todd Robinson__
                                          Printed name

                                          __Owner__
                                          Position or relationship to debtor

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **TR Welding, Inc.** |
| United States Bankruptcy Court for the: | **DISTRICT OF IDAHO** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Capital One PO BOX 60519 City of Industry, CA 91716-0519 | | Credit Card | | | | $21,721.00 |
| Department of the Treasury Internal Revenue Service Ogden, UT 84201-0002 | | Federal Withholding Tax | | | | $269,966.00 |
| DL Evans 318 S Oneida St Rupert, ID 83350 | | Bank Loan. (Personal Guarantee - Todd and Miles Robinson - Unlimited Amount) | | $220,405.39 | $0.00 | $220,405.39 |
| DL Evans 318 S Oneida St Rupert, ID 83350 | | Line of Credit | | $72,540.71 | $0.00 | $72,540.71 |
| DL Evans 318 S Oneida St Rupert, ID 83350 | | Bank Loan. (2 Vehicles, all inventory, Accounts, Equipment and Intangibles) | | $51,171.54 | $0.00 | $51,171.54 |
| Goff Welding LLC 458 E 400 S Burley, ID 83318 | | Professional Services | | | | $133,084.00 |
| Hepworth Law Offices PO BOX 2815 Boise, ID 83701 | | Legal Fees | | | | $7,468.00 |
| International Development 7900 East Union Ave Suite 1100 Denver, CO 80237 | | Professional Services | | | | $57,831.00 |

Debtor  **TR Welding, Inc.**

Name

Case number *(if known)* _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **MC Welding LLC 801 Salmon Dr ID 83363** | | **Professional Services** | | | | **$23,618.00** |
| **Racine Olson Attorneys PO BOX 1391 Pocatello, ID 83204** | | **Legal Fees** | | | | **$42,146.00** |
| **Western States Eqipment 3085 W Kimberly Rd Twin Falls, ID 83301** | | **Rental Equipment** | | | | **$38,653.00** |

**Fill in this information to identify the case:**

Debtor name    **TR Welding, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF IDAHO

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals          12/15

| Part 1: | Summary of Assets |
|---|---|

1.  ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*......................................................................................... $      0.00

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*..................................................................................... $      577,517.00

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*........................................................................................ $      577,517.00

| Part 2: | Summary of Liabilities |
|---|---|

2.  ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... $      352,584.56

3.  ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................... $      269,966.00

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................ +$      324,521.00

4.  Total liabilities ...............................................................................................................
    Lines 2 + 3a + 3b    $      947,071.56

**Fill in this information to identify the case:**

Debtor name    **TR Welding, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF IDAHO

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. Does the debtor have any cash or cash equivalents?

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **DL Evans** | **Checking** | **2759** | **$10,000.00** |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**

| | $10,000.00 |
| --- | --- |

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and Prepayments |
| --- | --- |

6. Does the debtor have any deposits or prepayments?

■ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
| --- | --- |

10. Does the debtor have any accounts receivable?

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

| 11a. 90 days old or less: | 93,215.00 | - | 0.00 | = .... | $93,215.00 |
| --- | --- | --- | --- | --- | --- |
| | face amount | | doubtful or uncollectible accounts | | |

Debtor    **TR Welding, Inc.**
Name
Case number *(If known)* _____

| | | | |
|---|---|---|---|
| 11b. Over 90 days old: | **808,821.00** - | **658,821.00** =.... | **$150,000.00** |
| | face amount | doubtful or uncollectible accounts | |

12.    **Total of Part 3.**
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.    **$243,215.00**

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** **Raw Materials: Sheet, plate, tube, pipe,etc.** | **3/7/2025** | **$0.00** | **Purchase Price** | **$53,295.00** |
| 20. | **Work in progress** **Work in Progress: Auger Repair, Trailer Repair, Concrete Embeds and Elevator Repair.** | **2/21/2025** | **$0.00** | **Estimate** | **$81,851.00** |

21.    **Finished goods, including goods held for resale**

22.    **Other inventory or supplies**

23.    **Total of Part 5.**
Add lines 19 through 22.  Copy the total to line 84.    **$135,146.00**

24.    **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

25.    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

26.    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

| Debtor | **TR Welding, Inc.** | Case number *(If known)* _____ |
|---|---|---|
| | Name | |

☑ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☑ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** Office Furniture: Furniture, Chairs, Desks and Filing Cabinets. | **$500.00** | **Estiamte** | **$500.00** |
| 40. | **Office fixtures** Office Fixtures | **Unknown** | **N/A** | **$0.00** |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** Office Equipmnet: 2 Desk Top Computers, 2 Laptops, 2 Printers and 4 Speaker Phones. | **$2,500.00** | **Estimate** | **$2,500.00** |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

| 43. | **Total of Part 7.** Add lines 39 through 42.  Copy the total to line 86. | **$3,000.00** |
|---|---|---|

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☑ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
☑ Yes Fill in the information below.

| | General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. | **1990 IH Semi-Truck/IH Truck 4700, Milage 133,070 (VIN ending in 9807)** | **$7,000.00** | **Kelley Blue Book** | **$7,000.00** |

| Debtor | **TR Welding, Inc.** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

| | | | | |
|---|---|---|---|---|
| 47.2. | **2008 Chevrolet 3500 HD, Milage 342,740 (VIN ending in 8845)** | $10,301.00 | **Kelley Blue Book** | $10,301.00 |
| 47.3. | **2008 Chevrolet 3500 HD, Milage 346,000 (VIN ending in 3194)** | $10,301.00 | **Kelley Blue Book** | $10,301.00 |
| 47.4. | **2010 GMC 2500 SRA HD, Milage 234,000 (VIN ending in 0458)** | $6,952.00 | **Kelley Blue Book** | $6,952.00 |
| 47.5. | **2015 Chevrolet Silverado 3500 HD, Milage 268,000 (VIN ending in 7945)** | $15,858.00 | **Kelley Blue Book** | $15,858.00 |
| 47.6. | **2017 Chevrolet Silverado 3500 HD, Milage 241,000 (VIN ending in 6418)** | $15,363.00 | **Kelley Blue Book** | $15,363.00 |
| 47.7. | **2021 Chevrolet Silverado 1500 LT, Milage 96,500 (VIN ending in 4864)** | $21,479.00 | **Kelley Blue Book** | $21,479.00 |
| 47.8. | **2021 Chevrolet Silverado 2500, Milage 125,000 (VIN ending in 2042)** | $34,877.00 | **Kelley Blue Book** | $34,877.00 |
| 47.9. | **1978 TOTE Semi Trailer (VIN ending in A240)** | Unknown | **Kelley Blue Book** | Unknown |
| 47.10. | **2007 Pace American Van Trailer, 16' (VIN ending in 1227)** | $6,000.00 | **Kelley Blue Book** | $6,000.00 |
| 47.11. | **2008 Haulmark 18' Transport (VIN ending in 9943)** | $6,000.00 | **Kelley Blue Book** | $6,000.00 |
| 47.12. | **2021 Tilt Deck Trailer (VIN ending in 3456)** | $7,500.00 | **Kelley Blue Book** | $7,500.00 |
| 47.13. | **2022 Semiremolques Puma-7' x 14' x 4' Dump Trailer (VIN ending in 2022)** | $13,000.00 | **Kelley Blue Book** | $13,000.00 |
| 47.14. | **2023 Shop Buitl 6' x 10' Dump Trailer (VIN ending in 2023)** | $1,000.00 | **Kelley Blue Book** | $1,000.00 |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51. **Total of Part 8.**

   Add lines 47 through 50.  Copy the total to line 87.

| $155,631.00 |
|---|

Debtor    **TR Welding, Inc.**                                      Case number *(If known)* _____
       Name

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
    ■ No
    ☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

    ■ No.  Go to Part 10.
    ☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

    ☐ No.  Go to Part 11.
    ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.   **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.   **Internet domain names and websites** | | | |
| 62.   **Licenses, franchises, and royalties** | | | |
| 63.   **Customer lists, mailing lists, or other compilations**<br>Customer Lists | $0.00 | N/A | $0.00 |
| 64.   **Other intangibles, or intellectual property** | | | |
| 65.   **Goodwill** | | | |

66.    **Total of Part 10.**                                                      | $0.00 |
    Add lines 60 through 65. Copy the total to line 89.

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
    ■ No
    ☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
    ■ No
    ☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No.  Go to Part 12.
    ■ Yes Fill in the information below.

Debtor    **TR Welding, Inc.**                                   Case number *(If known)* _____
          Name

|  | | | **Current value of debtor's interest** |
|---|---|---|---|

**71.**    **Notes receivable**
           Description (include name of obligor)

**See Attachment A**    **0.00** - _____ **0.00** = **Unknown**
                        Total face amount    doubtful or uncollectible amount

**72.**    **Tax refunds and unused net operating losses (NOLs)**
           Description (for example, federal, state, local)

**Federal Tax Refund**                    Tax year **2024**    **$30,525.00**

**73.**    **Interests in insurance policies or annuities**

**74.**    **Causes of action against third parties (whether or not a lawsuit has been filed)**

**75.**    **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

**76.**    **Trusts, equitable or future interests in property**

**77.**    **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

**78.**    **Total of Part 11.**    **$30,525.00**

           Add lines 71 through 77. Copy the total to line 90.

**79.**    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
           ■ No
           ☐ Yes

Debtor    **TR Welding, Inc.**                                          Case number *(If known)* _____
          <u>Name</u>

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $10,000.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $243,215.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $135,146.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $3,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $155,631.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $30,525.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $577,517.00 | + 91b.  $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $577,517.00 |

Official Form 206A/B                Schedule A/B Assets - Real and Personal Property                page 7

In re   **TR Welding Inc.** _____          Case No. _____

                                        Debtor(s)

# SCHEDULE A/B - PROPERTY

## Attachment A

TR Welding, Inc.
A/R Aging Detail
As of February 19, 2025

| Type | Date | Num | P.O. # | Name | Terms | Due Date | Class | Aging | Open Balance |
|---|---|---|---|---|---|---|---|---|---|
| **Current** | | | | | | | | | |
| Invoice | 01/20/2025 | 24-7812 | Vendal | Genesis Feed Products 7812 Strainer Basket | Net 30 | 02/19/2025 | TIME & MATERIAL | | 975.00 |
| Invoice | 01/20/2025 | 24-7854 | Vendal | Arrowhead Potato 7854 Buckled Conveyor | Net 30 | 02/19/2025 | TIME & MATERIAL | | 1,774.00 |
| Invoice | 02/19/2025 | 25-7913 | Vendal | Misc Customer 7913 Dustin Beham | DUE ON RECEIPT | 02/19/2025 | TIME & MATERIAL | | 59.00 |
| Invoice | 01/21/2025 | 25-7855 | 2430 | Gary Jones 7855 Channel to I Beam | Net 30 | 02/20/2025 | TIME & MATERIAL | | 2,965.00 |
| Invoice | 01/21/2025 | 24-7707-B | Punk #0-2430 | Gary Jones 7707 Punk #2 Blending Pit Rail | Net 30 | 02/20/2025 | BIG JOB | | 10,350.00 |
| Invoice | 01/22/2025 | 25-7863 | 2430 | Gary Jones 7863 Punk 2 Stairs CO | Net 30 | 02/21/2025 | TIME & MATERIAL | | 609.00 |
| Invoice | 01/27/2025 | 25-7862 | Vendal | Ricardo Tour 7862 Alum Flange | Net 30 | 02/26/2025 | TIME & MATERIAL | | 343.00 |
| Invoice | 01/28/2025 | 25-7844 | | City of Burley 7844 Grader | Net 30 | 02/27/2025 | TIME & MATERIAL | | 766.00 |
| Invoice | 02/03/2025 | 25-7850-B | USDA | Misc Customer 7850 Strong Roofing | Net 30 | 03/05/2025 | BIG JOB | | 4,541.00 |
| Invoice | 02/04/2025 | 25-7851 | Vendal | Idaho Walker Sports 7851 Pain Finder | Net 30 | 03/06/2025 | TIME & MATERIAL | | 1,114.00 |
| Invoice | 02/05/2025 | 25-7854 | 5750097 | Land Wire Inc 7856 Drum Parts | Net 30 | 03/06/2025 | TIME & MATERIAL | | 1,636.00 |
| Invoice | 02/06/2025 | 25-7869 | Vendal | Ricardo Tour 7869 Trailer Tongue | Net 30 | 03/08/2025 | TIME & MATERIAL | | 667.00 |
| Invoice | 02/06/2025 | 25-7854 | Vendal | City of Rupert 7854 Christmas Tree | Net 30 | 03/08/2025 | TIME & MATERIAL | | 1,552.00 |
| Invoice | 02/06/2025 | 25-7849 | Vendal | Arrowhead Potato 7849 Headnut Shaft | Net 30 | 03/08/2025 | TIME & MATERIAL | | 994.00 |
| Invoice | 02/06/2025 | 25-7850 | Vendal | Pro Pipe Fabrication LLC 7850 Angles | Net 30 | 03/08/2025 | TIME & MATERIAL | | 147.00 |
| Invoice | 02/06/2025 | 25-7864 | Vendal | Pro Pipe Fabrication LLC 7864 10 x 2 Angles | Net 30 | 03/08/2025 | TIME & MATERIAL | | 147.00 |
| Invoice | 02/06/2025 | 25-7865 | Vendal | High Desert Mechanical LLC 7865 SS Donuts | Net 30 | 03/08/2025 | TIME & MATERIAL | | 324.00 |
| Invoice | 02/06/2025 | 25-7864 | Vendal | Matt Produce 7864 Alum Pipe | Net 30 | 03/08/2025 | TIME & MATERIAL | | 162.00 |
| Invoice | 02/06/2025 | 25-7867 | Vendal | Southwest Farms 7867 Drip Tray | Net 30 | 03/08/2025 | TIME & MATERIAL | | 424.00 |
| Invoice | 02/07/2025 | 24-7661-B | 2430 | Gary Jones 7661 Punk 2 Separator | Net 30 | 03/09/2025 | BIG JOB | | 24,979.29 |
| Invoice | 02/07/2025 | 24-7603 | 2430 | Gary Jones 7603 Punk Safety | Net 30 | 03/09/2025 | TIME & MATERIAL | | 11,887.00 |
| Invoice | 02/07/2025 | 24-7724-B | 2410 | Gary Jones 7724 AG Rail | Net 30 | 03/09/2025 | TIME & MATERIAL | | 7,557.00 |
| Invoice | 02/07/2025 | 25-7865 | 2413 | Gary Jones 7865 Valley Ag Boards | Net 30 | 03/09/2025 | TIME & MATERIAL | | 346.00 |
| Invoice | 02/07/2025 | 25-7860 | 2430 | Gary Jones 7860 Punk 2 AG Rail | Net 30 | 03/09/2025 | TIME & MATERIAL | | 732.00 |
| Invoice | 02/07/2025 | 25-7862 | 5750154 | Land Wire Inc 7860 Screen | Net 30 | 03/09/2025 | TIME & MATERIAL | | 130.00 |
| Invoice | 02/07/2025 | 24-7480-B | Rupert | Stripod tool 7480 Ladders n Hangers | Net 30 | 03/09/2025 | BIG JOB | | 6,345.00 |
| Invoice | 02/19/2025 | 25-7861 | Handy | Gary Jones 7861 Handy Embed Plate | Net 30 | 03/12/2025 | TIME & MATERIAL | | 90.00 |
| Invoice | 02/11/2025 | 25-7896 | Vendal | Valley Agronomics LLC 7896 Hansen Sign | Net 30 | 03/13/2025 | BIG JOB | | 1,034.00 |
| Invoice | 02/14/2025 | 25-7906 | Vendal | High Desert Mechanical LLC 7906 .25 SS Plate | Net 30 | 03/16/2025 | TIME & MATERIAL | | 177.00 |
| Invoice | 02/14/2025 | 25-7757 | Vendal | Mark Harrison 7757 Auction Trailer | Net 30 | 03/16/2025 | TIME & MATERIAL | | 512.00 |
| Invoice | 02/19/2025 | 25-7876-B | 2329 | Gary Jones 7876 Anchor Bolts | Net 30 | 03/19/2025 | BIG JOB | | 5,728.00 |
| Invoice | 02/19/2025 | 25-7907 | 2434-RMA | Gary Jones 7907 RMA Bluefoot | Net 30 | 03/19/2025 | BIG JOB | | 840.00 |
| Invoice | 02/19/2025 | 25-7888 | Vendal | Jones, Kendall 7888 UHMW Angle | Net 30 | 03/20/2025 | TIME & MATERIAL | | 45.00 |
| Invoice | 02/19/2025 | 25-7909 | Vendal | Ricardo Tour 7909 Sq Tube | Net 30 | 03/21/2025 | TIME & MATERIAL | | 162.00 |
| Invoice | 02/19/2025 | 25-7878 | Vendal | Moyle Mink 7878 Fab Louver Box | Net 30 | 03/21/2025 | TIME & MATERIAL | | 991.00 |
| Invoice | 02/19/2025 | 25-7956 | Vendal | Pro Pipe Fabrication LLC 7956 Metal Rack | Net 30 | 03/21/2025 | TIME & MATERIAL | | 228.00 |
| Invoice | 02/07/2025 | 24-7537 | Vendal | Ross Manufacturing 7537 Sheep Troughs | Net 60 | 04/08/2025 | TIME & MATERIAL | | 2,221.00 |
| **Total Current** | | | | | | | | | **93,943.29** |
| **1 - 30** | | | | | | | | | |
| Invoice | 12/30/2024 | 24-7797 | Vendal | Jared Beebe 7797 Roller | Net 90 | 01/31/2025 | TIME & MATERIAL | 19 | 1,453.00 |
| Invoice | 01/03/2025 | 24-7790 | Spring | Wicket Tim Pro 7796 Stagger Wheel | Net 30 | 02/02/2025 | TIME & MATERIAL | 17 | 129.00 |
| Invoice | 02/06/2025 | 25-7985 | 414115364 | Automated Dairy Systems 7985 Pump Base | Net 30 | 02/06/2025 | TIME & MATERIAL | 13 | 127.00 |
| Invoice | 02/06/2025 | 25-7875 | Vendal | Performix Nutrition System 7875 Cradled tank | | 02/06/2025 | TIME & MATERIAL | 13 | 253.00 |
| Invoice | 01/10/2025 | 24-7841 | 575-0020 | Land Wire Inc 7841 Perf Screens | Net 30 | 02/09/2025 | TIME & MATERIAL | 10 | 529.00 |
| **Total 1 - 30** | | | | | | | | | **2,492.00** |
| **31 - 60** | | | | | | | | | |
| Invoice | 10/30/2024 | 24-7655 | Vendal | Ross Manufacturing 7655 KCC Sign | Net 60 | 12/29/2024 | TIME & MATERIAL | 52 | 340.00 |
| Invoice | 11/29/2024 | 24-7779 | D8 | JBS - S Rivets 7779 1" Sch 80 Pipe | Net 30 | 12/29/2024 | TIME & MATERIAL | 52 | 86.00 |
| Invoice | 11/29/2024 | 24-7277 | Vendal | Shurtz Process Pipe & Welding 7277 Cattle Wagon | Net 30 | 12/29/2024 | TIME & MATERIAL | 52 | 265.00 |
| Invoice | 11/29/2024 | 24-7403 | Vendal | TR Welding 7403 John Anderson | Net 30 | 12/29/2024 | TIME & MATERIAL | 52 | 1,119.00 |
| Invoice | 11/29/2024 | 24-7430 | Pump | Shurtz Process Pipe & Welding 7430 Pump Repair | Net 30 | 12/29/2024 | TIME & MATERIAL | 52 | 147.00 |

11:12 AM
02/19/25

## TR Welding, Inc.
### A/R Aging Detail
As of February 19, 2025

| Type | Date | Num | P.O. # | Name | Terms | Due Date | Class | Aging | Open Balance | |
|---|---|---|---|---|---|---|---|---|---|---|
| Invoice | 12/09/2024 | 24-7773 | Verbal | Chunz Process Pipe & Welding/7773 14 ga Pan | Net 30 | 01/08/2025 | BID JOB | 42 | 233.00 | |
| **Total 31 - 60** | | | | | | | | | **233.00** | |
| **61 - 90** | | | | | | | | | **2,190.00** | |
| Invoice | 10/24/2024 | 24-7656 | MI | JBS - 5 Risers/7656 Hdy Tires | Net 30 | 11/23/2024 | TIME & MATERIAL | 68 | 743.00 | |
| Invoice | 09/30/2024 | 24-7654 | Verbal | Ross Manufacturing/7654 Bulkhead Plates | Net 60 | 11/29/2024 | TIME & MATERIAL | 82 | 113.00 | |
| Invoice | 11/13/2024 | 24-7742 | Verbal | Arrowhead Potato/7742 Headrail Shaft | Net 30 | 12/13/2024 | TIME & MATERIAL | 68 | 269.00 | |
| **Total 61 - 90** | | | | | | | | | **1,145.00** | |
| **> 90** | | | | | | | | | | |
| Invoice | 06/16/2021 | 21-5223 | 3227 | Starr Corporation/3223-Material Only | Net 30 | 07/16/2021 | BID JOB | 1,314 | 135,303.30 | Current Litigation |
| Invoice | 06/21/2021 | 2021-5223 | 3227 | Starr Corporation/3223-Material Only | Net 30 | 07/21/2021 | MATERIALS FOR JOB | 1,309 | 81,071.70 | |
| Invoice | 07/30/2021 | 21-5352 | Verbal | Quality Title 123.5352 Horse Trailer | DUE ON RECEIPT | 07/30/2021 | TIME & MATERIAL | 1,300 | 75.00 | |
| Invoice | 09/24/2021 | 21-5169 | 3227 | Starr Corporation/5169 Scouten Labor, Per diem, rental | Net 30 | 10/24/2021 | BID JOB | 1,214 | 573,870.00 | |
| Invoice | 09/24/2021 | 21-5437 | 3227 | Starr Corporation/5437-Valve Order | Net 30 | 10/24/2021 | BID JOB | 1,214 | 425,655.00 | |
| Invoice | 10/29/2021 | 21-5357 | 3227 | Starr Corporation/5357-Additional Parts | Net 30 | 11/28/2021 | BID JOB | 1,179 | 41,396.00 | |
| Invoice | 10/29/2021 | 21-5399 | 3227 | Starr Corporation/5399-Valve Order 10% | Net 30 | 11/28/2021 | BID JOB | 1,179 | 13,320.00 | |
| Invoice | 11/23/2021 | 21-5815 | 3227 | Starr Corporation/5815-Nonwoven Materials | Net 30 | 12/23/2021 | TIME & MATERIAL | 1,154 | 7,308.85 | |
| Invoice | 12/05/2021 | 21-5580 | 3227 | Starr Corporation/5580 Lifting Beam | Net 30 | 01/05/2022 | TIME & MATERIAL | 1,141 | 5,675.25 | |
| Invoice | 12/30/2021 | 22-5622 | 3227 | Starr Corporation/5664 Install Agitators | Net 30 | 01/24/2022 | TIME & MATERIAL | 1,117 | 260.01 | |
| Invoice | 01/06/2022 | 22-5574 | 5574 | Starr Corporation/5574 Boiler Agitators | Net 30 | 02/05/2022 | TIME & MATERIAL | 1,110 | 2,708.21 | |
| Invoice | 01/07/2022 | 22-5570 | 5570 | Starr Corporation/5570 Ribbon Cutting | Net 30 | 02/06/2022 | TIME & MATERIAL | 1,109 | 2,210.00 | |
| Invoice | 01/20/2022 | 22-5548 | 3227 | Starr Corporation/5548 Install Strainers | Net 30 | 02/19/2022 | TIME & MATERIAL | 1,096 | 1,178.00 | |
| Invoice | 01/26/2022 | 22-5189-val | 3227 | Starr Corporation/5189 Scouten Labor, Per diem, rental | Net 30 | 02/25/2022 | BID JOB | 1,090 | 305,387.59 | |
| Invoice | 03/10/2022 | 22-5564 | Verbal | Quality Title 123.5564 Weld Tailgate Hinges | DUE ON RECEIPT | 03/10/2022 | TIME & MATERIAL | 1,077 | 55.00 | |
| Invoice | 02/16/2022 | 22-5619 | 3227 | Starr Corporation/5619 January Materials | Net 30 | 03/18/2022 | MATERIALS FOR JOB | 1,069 | 23,216.18 | |
| Invoice | 03/10/2022 | 22-5457 | Verbal | Quality Title 123.5457 XW A/R BAG MOUNT | Net 10 | 03/20/2022 | TIME & MATERIAL | 1,067 | 275.00 | |
| Invoice | 02/04/2022 | 22-5702 | 3227 | Starr Corporation/5702 Slurry Pump | Net 30 | 03/06/2022 | TIME & MATERIAL | 1,061 | 9,578.00 | |
| Invoice | 02/04/2022 | 22-5708 | 3227 | Starr Corporation/5708 Centrifuge Change Order | Net 30 | 03/06/2022 | TIME & MATERIAL | 1,061 | 12,600.00 | |
| Invoice | 02/04/2022 | 22-5709 | 3227 | Starr Corporation/5709 Chall-vey Piping Rework | Net 30 | 03/06/2022 | BID JOB | 1,061 | 20,565.00 | |
| Invoice | 04/15/2022 | 22-5526 | Verbal | Brockel Heating and AC/5526 Install Stainless Steel Duct | DUE ON RECEIPT | 04/15/2022 | TIME & MATERIAL | 1,041 | 84,210.30 | Need Litigation |
| Invoice | 05/20/2022 | FC 366 | | Cory Haynes.5226-63 Handrail and Stairs | | 05/20/2022 | | 1,006 | 551.18 | |
| Invoice | 05/20/2022 | FC 369 | | Cory Haynes.5333 Home Add On work | | 05/20/2022 | | 1,006 | 1,598.09 | |
| Invoice | 05/20/2022 | FC 371 | | Brainey Co.5522 Install Chall-vey | | 05/20/2022 | | 1,006 | 108.92 | |
| Invoice | 05/20/2022 | FC 444 | | Starr Corporation/5702 Slurry Pump | | 05/20/2022 | | 1,006 | 209.60 | |
| Invoice | 05/20/2022 | FC 445 | | Starr Corporation/5708 Centrifuge Change Order | | 05/20/2022 | | 1,006 | 873.25 | |
| Invoice | 05/20/2022 | FC 446 | | Starr Corporation/5709 Chall-vey Piping Rework | | 05/20/2022 | | 1,006 | 523.96 | |
| Invoice | 06/27/2022 | 22-5725 | CHANGE ORDER | Starr Corporation/5725 Drain Piping Rework | DUE ON RECEIPT | 06/27/2022 | TIME & MATERIAL | 968 | 22,296.01 | |
| Invoice | 06/28/2022 | 22-5707 | 3227 | Starr Corporation/5707 Additional Boiler Room Plumbing | DUE ON RECEIPT | 06/28/2022 | TIME & MATERIAL | 967 | 50,341.05 | |
| Invoice | 06/28/2022 | 22-5716 | 3227 | Starr Corporation/5716 Boiler Room Changes | DUE ON RECEIPT | 06/28/2022 | TIME & MATERIAL | 967 | 10,607.00 | |
| Invoice | 06/28/2022 | 22-5710 | 3227 | Starr Corporation/5710 EVAP Skid Flow Office.5710 | DUE ON RECEIPT | 06/28/2022 | TIME & MATERIAL | 967 | 577.60 | |
| Invoice | 06/28/2022 | 22-5719 | 3227 | Starr Corporation/5719 Permeate Tank Overflow | DUE ON RECEIPT | 06/28/2022 | TIME & MATERIAL | 967 | 438.00 | |
| Invoice | 06/28/2022 | 22-5717 | 3227 | Starr Corporation/5717 Floor to Slurry Tank | DUE ON RECEIPT | 06/28/2022 | BID JOB | 967 | 924.00 | |
| Invoice | 06/28/2022 | 22-5714 | 3227 | Starr Corporation/5714 Injection Lines | DUE ON RECEIPT | 06/28/2022 | TIME & MATERIAL | 967 | 594.00 | |
| Invoice | 06/28/2022 | 22-5651 | 3227 | Starr Corporation/5651 Modify List | DUE ON RECEIPT | 06/28/2022 | TIME & MATERIAL | 967 | 283.00 | |
| Invoice | 06/28/2022 | 22-5720 | | Starr Corporation/5720 Extra steam line vent pipe | DUE ON RECEIPT | 06/28/2022 | TIME & MATERIAL | 967 | 3,128.01 | |
| Invoice | 06/28/2022 | 22-5721 | | Starr Corporation/5721 Dryer Condensate changes | DUE ON RECEIPT | 06/28/2022 | TIME & MATERIAL | 967 | 11,324.00 | |
| Invoice | 06/28/2022 | 22-5722 | | Starr Corporation/5722 Compressor Bypass Piping | DUE ON RECEIPT | 06/28/2022 | TIME & MATERIAL | 967 | 1,431.00 | |
| Invoice | 06/28/2022 | 22-5723 | 3227 | Starr Corporation/5723 RO Water Supply | DUE ON RECEIPT | 06/28/2022 | TIME & MATERIAL | 967 | 494.00 | |
| Invoice | 06/28/2022 | 22-5726 | 3227 | Starr Corporation/5726 Evap Skid | DUE ON RECEIPT | 06/29/2022 | TIME & MATERIAL | 966 | 34,864.51 | |
| Invoice | 06/30/2022 | 22-5703 | 3227 | Starr Corporation/5703 Evaporator Drain | DUE ON RECEIPT | 06/30/2022 | TIME & MATERIAL | 965 | 1,100.00 | |
| Invoice | 07/06/2022 | 22-5712 | 3227 | Starr Corporation/5712 March Materials | DUE ON RECEIPT | 07/06/2022 | TIME & MATERIAL | 957 | 26,509.63 | |
| Invoice | 07/06/2022 | 22-5718A | 3227 | Starr Corporation/5718 April May Materials | DUE ON RECEIPT | 07/06/2022 | MATERIALS FOR JOB | 957 | 11,034.28 | |
| Invoice | 07/13/2022 | 22-5729 | 3227 | Starr Corporation/5729 Temporary Air Lines | DUE ON RECEIPT | 07/13/2022 | TIME & MATERIAL | 953 | 9,532.00 | |

TR Welding, Inc.
A/R Aging Detail
As of February 19, 2025

| Type | Date | Num | P.O.# | Name | Terms | Due Date | Class | Aging | Open Balance |
|---|---|---|---|---|---|---|---|---|---|
| Invoice | 07/13/2022 22-5706 | | 3227 | Starr Corporation:5706 February Materials | DUE ON RECEIPT | 07/13/2022 | TIME & MATERIAL | 952 | 66,636.45 |
| Invoice | 07/15/2022 21-6701 | | 3227 | Starr Corporation:5701 R.O. air line | DUE ON RECEIPT | 07/15/2022 | TIME & MATERIAL | 950 | 748.00 |
| Invoice | 07/15/2022 22-5700 | | 3227 | Starr Corporation:5700 Mounting of chemical station | DUE ON RECEIPT | 07/15/2022 | TIME & MATERIAL | 950 | 693.00 |
| Invoice | 07/15/2022 22-5654 | | 3227 | Starr Corporation:5654 Install Agitators | DUE ON RECEIPT | 07/15/2022 | TIME & MATERIAL | 950 | 4,445.50 |
| Invoice | 07/18/2022 22-5704 | | 3227 | Starr Corporation:5704 Centrifuge Adapters | DUE ON RECEIPT | 07/18/2022 | TIME & MATERIAL | 947 | 9,492.00 |
| Invoice | 07/18/2022 22-5705 | | 3227 | Starr Corporation:5705 4" tooting to Dryer | DUE ON RECEIPT | 07/18/2022 | TIME & MATERIAL | 947 | 9,131.00 |
| Invoice | 07/18/2022 22-5693 | | | Starr Corporation:5693 Air line rework | DUE ON RECEIPT | 07/18/2022 | TIME & MATERIAL | 947 | 3,900.00 |
| Invoice | 07/18/2022 22-5692 | | | Starr Corporation:5692 Sump tank line fix | DUE ON RECEIPT | 07/18/2022 | TIME & MATERIAL | 947 | 748.00 |
| Invoice | 07/18/2022 22-5691 | | 3227 | Starr Corporation:5691 CIP Supply and Return line | DUE ON RECEIPT | 07/18/2022 | TIME & MATERIAL | 947 | 4,013.01 |
| Invoice | 06/27/2022 22-5716 | | 3227 | Starr Corporation:5716 Heat Exchanger Bypass | | 07/27/2022 | TIME & MATERIAL | 938 | 1,726.00 |
| Invoice | 07/14/2022 22-6308 | | Vicki | VIP Welding:5308 Arena Roof | Net 90 | 07/31/2022 | TIME & MATERIAL | 934 | 9,847.42 |
| Invoice | 08/01/2022 22-6995 | | 3227 | Starr Corporation:6995 Bushings in Bolts | DUE ON RECEIPT | 08/01/2022 | TIME & MATERIAL | 933 | 2,349.99 |
| Invoice | 08/01/2022 22-6990 | | 3227 | Starr Corporation:6990 Agitator Bases | Net 10 | 08/11/2022 | BIG JOB | 923 | 2,175.00 |
| Invoice | 07/18/2022 22-5963 | | Vicki | VIP Welding:5963 North Ogden | Net 30 | 08/17/2022 | TIME & MATERIAL | 917 | 7,811.50 |
| Invoice | 10/16/2022 22-6100 | | 3227 | Starr Corporation:6100 Wait Time | | 10/16/2022 | ON SITE TRAVEL LABOR | 855 | 682.50 |
| Invoice | 11/04/2022 22-57108 | | Vicki | VIP Welding:57108 Beauty Rings | DUE ON RECEIPT | 11/04/2022 | MATERIALS FOR JOB | 838 | 1,090.45 |
| Invoice | 12/13/2022 22-6209 | | Miles | VIP Welding:6209 Install Roof | | 12/13/2022 | TIME & MATERIAL | 799 | 4,264.38 |
| Invoice | 01/31/2023 23-4259 | | Mike | Mike's MeatDon Mayes:6259 Handrail | Net 10 | 02/10/2023 | TIME & MATERIAL | 740 | 3,009.24 |
| Invoice | 02/21/2023 23-6299 | | Ryan | VIP Welding:6299 2 Carts | Net 90 | 02/28/2023 | BIG JOB | 722 | 1,204.00 |
| Invoice | 03/14/2023 23-6363 | | Ryan | VIP Welding:6363 2 Carts | Net 10 | 03/24/2023 | TIME & MATERIAL | 698 | 53.53 |
| Invoice | 03/20/2023 23-6345 | | Verbal | Hagan Hit:6345 Auger Adapter | | 03/30/2023 | TIME & MATERIAL | 692 | 86.00 |
| Invoice | 03/20/2023 22-5622 | | 3227 | Brahey Co:5622 Install Chal-vey | Net 15 | 04/04/2023 | TIME & MATERIAL | 687 | 29,932.00 |
| Invoice | 04/10/2023 23-6357-B | | Cassia Heil | Done-Right Contracting:6357 Ladder, railing and trim | Net 15 | 04/25/2023 | BIG JOB | 666 | 2,348.76 |
| Invoice | 04/10/2023 23-6365 | | Cassia Heil | Done-Right Contracting:6365 Window Trim | Net 15 | 04/25/2023 | TIME & MATERIAL | 666 | 175.65 |
| Invoice | 05/01/2023 21-6258 | | Cory Haynes | Cory Haynes:5255-03 Handrail and Gate | DUE ON RECEIPT | 05/01/2023 | BIG JOB | 660 | 565.03 |
| Invoice | 04/18/2023 22-6189-1 | | 3227 | Starr Corporation:5189 Scooter-Labor, Per diem, rental 5189-1 Install Agitator Tanks | Net 30 | 05/03/2023 | BIG JOB | 658 | 10,366.87 |
| Invoice | 04/18/2023 22-6189-2 | | 3227 | Starr Corporation:5189 Scooter-Labor, Per diem, rental 5189-2 Install Roof | Net 15 | 05/03/2023 | BIG JOB | 658 | 2,553.72 |
| Invoice | 04/18/2023 22-6189-3 | | 3227 | Starr Corporation:5189 Scooter-Labor, Per diem, rental 5189-3 Install Condenser Unit | Net 15 | 05/03/2023 | BIG JOB | 658 | 10,011.22 |
| Invoice | 04/18/2023 22-6189-4 | | 3227 | Starr Corporation:5189 Scooter-Labor, Per diem, rental 5189-4 Rework | Net 15 | 05/03/2023 | Bad Debt | 658 | 638.75 |
| Invoice | 04/13/2023 23-6435 | | Verbal | Quality Tire 123:6435 Repair Fool Wheeler Pumps | Net 30 | 05/13/2023 | TIME & MATERIAL | 648 | 129.32 |
| Invoice | 05/01/2023 22-5333-A | | Add on Work | Cory Haynes:5333 Home Add On work | Net 15 | 05/16/2023 | TIME & MATERIAL | 645 | 18,106.54 |
| Invoice | 05/01/2023 22-5333-B | | Add on Work | Cory Haynes:5333 Home Add On work | Net 15 | 05/16/2023 | TIME & MATERIAL | 645 | 4,844.58 |
| Invoice | 05/31/2023 23-6660 | | Verbal | Misc Customer:Darren Barrentang:5547 Channels | DUE ON RECEIPT | 05/31/2023 | TIME & MATERIAL | 630 | 427.00 |
| Invoice | 07/25/2023 23-6660 | | Verbal | Misc Customer:6660 Francisco | DUE ON RECEIPT | 07/25/2023 | TIME & MATERIAL | 575 | 163.13 |
| Invoice | 09/05/2023 23-6756 | | Flower Pot House | Misc Customer:6756 Elite Metal Crafts | DUE ON RECEIPT | 09/05/2023 | MATERIALS FOR JOB | 533 | 1,015.00 |
| Invoice | 11/29/2023 23-6601 | | Verbal | Misc Customer:6601 Stewart Young | Net 15 | 12/14/2023 | TIME & MATERIAL | 433 | 20.61 |
| Invoice | 01/18/2024 24-7031 | | Verbal | Ricardo Truck:7031 Wheel Light Brackets | Net 30 | 02/17/2024 | TIME & MATERIAL | 366 | 279.43 |
| Invoice | 01/24/2024 24-6869 | | Verbal | Mountain West Food Groups:6869 3ft' Exhaust Fans | Net 30 | 02/23/2024 | TIME & MATERIAL | 362 | 419.06 Interest Charges |
| Invoice | 01/25/2024 24-7046 | | Verbal | Mountain West Food Groups:7046 Hose Holder | Net 30 | 02/24/2024 | TIME & MATERIAL | 361 | 111.60 |
| Invoice | 02/06/2024 23-7073 | | Verbal | Mountain West Food Groups:7073 Electrical Panel | Net 30 | 03/09/2024 | TIME & MATERIAL | 347 | 1.28 |
| Invoice | 02/16/2024 24-7115 | | Verbal | Mountain West Food Groups:7115 Heater Exhaust | Net 30 | 03/17/2024 | TIME & MATERIAL | 339 | 1.00 |
| Invoice | 02/19/2024 24-7007 | | Verbal | Mountain West Food Groups:7007 Freezer Tunnel | Net 30 | 03/20/2024 | TIME & MATERIAL | 336 | 4.58 |
| Invoice | 02/22/2024 24-7058 | | Verbal | Mountain West Food Groups:7058 Vacuum Pump Stands | Net 30 | 03/23/2024 | TIME & MATERIAL | 333 | 525.70 |
| Invoice | 02/22/2024 24-7110 | | Verbal | Mountain West Food Groups:7110 Tote Holder | Net 30 | 03/23/2024 | TIME & MATERIAL | 333 | 14.46 |
| Invoice | 02/22/2024 24-7091 | | Verbal | Mountain West Food Groups:7091 Stab Machine | Net 30 | 03/23/2024 | TIME & MATERIAL | 333 | 40.56 |
| Invoice | 02/22/2024 24-7111 | | Verbal | Mountain West Food Groups:7111 Shovel Hanger | Net 30 | 03/23/2024 | TIME & MATERIAL | 333 | 5.56 |
| Invoice | 02/22/2024 24-7137 | | Verbal | Mountain West Food Groups:7137 Label Machine | Net 30 | 03/23/2024 | TIME & MATERIAL | 333 | 0.84 |
| Invoice | 02/22/2024 24-7126 | | Verbal | Mountain West Food Groups:7126 Grinder Hooks | Net 30 | 03/23/2024 | TIME & MATERIAL | 333 | 12.30 |
| Invoice | 02/29/2024 24-7060 | | Verbal | Mountain West Food Groups:7060 Hand Rail Holder | Net 30 | 03/30/2024 | TIME & MATERIAL | 326 | 245.36 |
| Invoice | 03/14/2024 24-7167 | | JensenGene:Adam | Misc Customer:7167 Peterbuilt | Net 15 | 04/03/2024 | TIME & MATERIAL | 322 | 257.00 |
| Invoice | 03/15/2024 24-7164 | | Verbal | Mountain West Food Groups:7164 Catch Pan | Net 30 | 04/14/2024 | TIME & MATERIAL | 311 | 256.00 |
| Invoice | 03/22/2024 24-7164 | | Verbal | Mountain West Food Groups:7164 Mixer | Net 30 | 04/21/2024 | TIME & MATERIAL | 304 | 102.24 |

11:12 AM
02/19/25

## TR Welding, Inc.
## A/R Aging Detail
### As of February 19, 2025

| Type | Date | Num | P. O. # | Name | Terms | Due Date | Class | Aging | Open Balance |
|---|---|---|---|---|---|---|---|---|---|
| Invoice | 04/05/2024 | 24-7235 | | Richie Opdyt 7235 Trailer Repair | Net 60 | 04/30/2024 | TIME & MATERIAL | 295 | 1,950.00 |
| Invoice | 04/19/2024 | 24-7243 | Verbal | Mountain West Food Groups 7243 Modify Catch Pan | Net 30 | 05/10/2024 | TIME & MATERIAL | 285 | 3.56 |
| Invoice | 04/19/2024 | 24-7255 | Verbal | Mountain West Food Groups 7255 Waste Pump | Net 30 | 05/15/2024 | TIME & MATERIAL | 280 | 4.52 |
| Invoice | 04/23/2024 | 24-7269 | Verbal | Land Creek Auto & RV 7269 Material | Net 30 | 05/23/2024 | MATERIALS ORDERED FOR Ct | 272 | 24.00 |
| Invoice | 04/25/2024 | 24-7262 | Verbal | Mountain West Food Groups 7262 Hyd Lift | Net 30 | 05/25/2024 | TIME & MATERIAL | 270 | 14.16 |
| Invoice | 04/26/2024 | 24-7246 | Verbal | Mountain West Food Groups 7246 Meat Saw | Net 30 | 05/26/2024 | TIME & MATERIAL | 269 | 205.44 |
| Invoice | 06/03/2024 | 24-7316 | Verbal | Emery Creek Farms Inc 7316 Plow shank | DUE ON RECEIPT | 06/03/2024 | TIME & MATERIAL | 261 | 1,620.00 |
| Invoice | 05/29/2024 | 24-7299 | Verbal | Hagan Hill 7299 Branding Iron | Net 30 | 06/26/2024 | TIME & MATERIAL | 236 | 85.00 |
| Invoice | 06/12/2024 | 24-7337 | Verbal | VIP Welding 7337 Fixtroute Building | Net 30 | 07/12/2024 | TIME & MATERIAL | 222 | 3,710.75 |
| Invoice | 07/17/2024 | 24-7388 | Verbal | Hagan Hill 7388 Tractor Drawbar | Net 30 | 08/16/2024 | TIME & MATERIAL | 187 | 131.75 |
| Invoice | 07/17/2024 | 24-7488 BD | | Hagan Hill 7388 Tractor Drawbar | Net 30 | 08/16/2024 | Bad Debt | 187 | 211.25 |
| Invoice | 09/12/2024 | 24-7560 | Verbal | Misc Customer 7560 Alum Tube | DUE ON RECEIPT | 09/12/2024 | TIME & MATERIAL | 160 | 99.00 |
| Invoice | 08/22/2024 | 24-7553 | Verbal | Shurtz Process Pipe & Welding 7553 Galv Channel and Angle | Net 30 | 09/21/2024 | TIME & MATERIAL | 161 | 706.00 |
| Invoice | 08/23/2024 | 24-7497 | Bins #9 & #10 | Brian Loosli 7497 Bins 9 & 10 | Net 30 | 09/22/2024 | TIME & MATERIAL | 150 | 4,778.00 |
| Invoice | 09/23/2024 | 24-7568 | #5-Gravity Tube | Brian Loosli 7568 #5 Gravity Tube | DUE ON RECEIPT | 09/23/2024 | TIME & MATERIAL | 149 | 888.00 |
| Invoice | 08/26/2024 | 24-7569 | Verbal | Shurtz Process Pipe & Welding 7569 Angle Clips | Net 30 | 09/25/2024 | TIME & MATERIAL | 147 | 118.00 |
| Invoice | 09/26/2024 | 24-7462-B | Verbal | Brian Loosli 7462 Augers | DUE ON RECEIPT | 09/26/2024 | BID JOB | 145 | 10,654.68 |
| Invoice | 09/27/2024 | 24-7502 | Loosli - unhook wire | Brian Loosli 7502 Electrical Wire | DUE ON RECEIPT | 09/27/2024 | TIME & MATERIAL | 145 | 919.00 |
| Invoice | 08/30/2024 | 24-7583 | Verbal | Shurtz Process Pipe & Welding 7583 Bin Angle | Net 30 | 09/29/2024 | TIME & MATERIAL | 143 | 353.00 |
| Invoice | 09/23/2024 | 24-7501 | Loosli - Train load sp | Brian Loosli 7501 Train loading spout | Net 30 | 10/23/2024 | TIME & MATERIAL | 119 | 9,640.00 |
| Invoice | 09/25/2024 | 24-7634 | Verbal | Shurtz Process Pipe & Welding 7634 Disc Shafts | Net 30 | 10/25/2024 | TIME & MATERIAL | 117 | 1,014.00 |
| Invoice | 10/02/2024 | 24-7650 | Verbal | Pro Masonry 7650 Cover Hinge | Net 30 | 11/01/2024 | TIME & MATERIAL | 110 | 17.00 |
| Invoice | 09/12/2024 | 24-7611 | Verbal | Ross Manufacturing 7611 Beater Wings | Net 60 | 11/11/2024 | TIME & MATERIAL | 100 | 629.00 |

Total = 90    1,957,343.02
TOTAL    1,957,193.31

**Fill in this information to identify the case:**

Debtor name     **TR Welding, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF IDAHO

Case number (if known)    _____

☐ Check if this is an
  amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim**<br><br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

| 2.1 | **DL Evans** | Describe debtor's property that is subject to a lien | **$51,171.54** | **$0.00** |
|---|---|---|---|---|

**2.1** **DL Evans**
Creditor's Name

**318 S Oneida St**
**Rupert, ID 83350**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**6/2/2023**
**Last 4 digits of account number**
**8137**
**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.
_____

Describe debtor's property that is subject to a lien
**Bank Loan. (2 Vehicles, all inventory, Accounts, Equipment and Intangibles)**

Describe the lien
**Tools and Equipment**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: **$51,171.54**     Column B: **$0.00**

---

**2.2** **DL Evans**
Creditor's Name

**318 S Oneida St**
**Rupert, ID 83350**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**6/14/2023**
**Last 4 digits of account number**
**8252**
**Do multiple creditors have an interest in the same property?**

Describe debtor's property that is subject to a lien
**2022 Semiremolques Puma-7' x 14' x 4' Dump Trailer (VIN ending in 2022)**

Describe the lien
**Title to Trailer**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

Column A: **$8,466.92**     Column B: **$13,000.00**

---

| Debtor | TR Welding, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **DL Evans** | Describe debtor's property that is subject to a lien | $220,405.39 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**318 S Oneida St
Rupert, ID 83350**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred
8/21/2020**

**Last 4 digits of account number
8489**

Do multiple creditors have an
interest in the same property?

☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**Bank Loan. (Personal Guarantee - Todd and
Miles Robinson - Unlimited Amount)**

Describe the lien
**Commercial Consolidation**

Is the creditor an insider or related party?

☑ No
☐ Yes

Is anyone else liable on this claim?

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **DL Evans** | Describe debtor's property that is subject to a lien | $72,540.71 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**318 S Oneida St
Rupert, ID 83350**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred
NEED**

**Last 4 digits of account number
9508**

Do multiple creditors have an
interest in the same property?

☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**Line of Credit**

Describe the lien
**All Property (Line of Credit)**

Is the creditor an insider or related party?

☑ No
☐ Yes

Is anyone else liable on this claim?

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $352,584.56 |
|---|---|---|

**Part 2:**  **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies,
assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

**Fill in this information to identify the case:**

Debtor name     **TR Welding, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF IDAHO

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>**Department of the Treasury**<br>**Internal Revenue Service**<br>**Ogden, UT 84201-0002** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$269,966.00** | **$269,966.00** |
| Date or dates debt was incurred<br>**6/1/2021** | Basis for the claim:<br>**Federal Withholding Tax** | | |
| Last 4 digits of account number **n/a**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| **2.2** Priority creditor's name and mailing address<br>**Idaho State Tax Commission**<br>**Bankruptcy Division**<br>**PO BOX 36**<br>**Boise, ID 83722** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** | **$0.00** |
| Date or dates debt was incurred<br>**n/a** | Basis for the claim:<br>**Precautionary** | | |
| Last 4 digits of account number **n/a**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

**Part 2:**   List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| Debtor | TR Welding, Inc. | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

**3.1** Nonpriority creditor's name and mailing address

**Capital One**
PO BOX 60519
City of Industry, CA 91716-0519

Date(s) debt was incurred  **8/2016**

Last 4 digits of account number  **2994**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Credit Card**

Is the claim subject to offset? ■ No ☐ Yes

**$21,721.00**

---

**3.2** Nonpriority creditor's name and mailing address

**Goff Welding LLC**
458 E 400 S
Burley, ID 83318

Date(s) debt was incurred  **9/1/2021**

Last 4 digits of account number  **N/A**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Professional Services**

Is the claim subject to offset? ■ No ☐ Yes

**$133,084.00**

---

**3.3** Nonpriority creditor's name and mailing address

**Hepworth Law Offices**
PO BOX 2815
Boise, ID 83701

Date(s) debt was incurred  **1/11/2025**

Last 4 digits of account number  **7601**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Legal Fees**

Is the claim subject to offset? ■ No ☐ Yes

**$7,468.00**

---

**3.4** Nonpriority creditor's name and mailing address

**International Development**
7900 East Union Ave
Suite 1100
Denver, CO 80237

Date(s) debt was incurred  **11/2/2023**

Last 4 digits of account number  **1761**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Professional Services**

Is the claim subject to offset? ■ No ☐ Yes

**$57,831.00**

---

**3.5** Nonpriority creditor's name and mailing address

**MC Welding LLC**
801 Salmon Dr
 ID 83363

Date(s) debt was incurred  **9/1/2021**

Last 4 digits of account number  **N/A**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Professional Services**

Is the claim subject to offset? ■ No ☐ Yes

**$23,618.00**

---

**3.6** Nonpriority creditor's name and mailing address

**Racine Olson Attorneys**
PO BOX 1391
Pocatello, ID 83204

Date(s) debt was incurred  **13/31/2022**

Last 4 digits of account number  **4456**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Legal Fees**

Is the claim subject to offset? ■ No ☐ Yes

**$42,146.00**

---

**3.7** Nonpriority creditor's name and mailing address

**Western States Eqipment**
3085 W Kimberly Rd
Twin Falls, ID 83301

Date(s) debt was incurred  **9/1/2021**

Last 4 digits of account number  **3938**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Rental Equipment**

Is the claim subject to offset? ■ No ☐ Yes

**$38,653.00**

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

Debtor   **TR Welding, Inc.**                                          Case number (if known) _____
         _____
         Name

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **IRS**<br>**PO BOX 7346**<br>**Philadelphia, PA 19101-7346** | Line **2.1**<br><br>☐ Not listed. Explain ____ | _ |

---

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.  Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 269,966.00 |
| **5b. Total claims from Part 2** | 5b. + | $ 324,521.00 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 594,487.00 |

**Fill in this information to identify the case:**

Debtor name    **TR Welding, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF IDAHO

Case number (if known)

☐ Check if this is an
amended filing

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                   12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
     ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
     ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest | **TR Welding, Inc. shop is located at 701 S. Oneida Street, Rupert, ID, 83350. The building and property is owned by Miles Robinson. The monthly lease payment is $3,000.00, due the 1st day of every month. The lease is in effect until May of 2045.** | |
| State the term remaining | **5/2045** | |
| List the contract number of any government contract | | **Miles Robinson**<br>**2983 West 2600 North**<br>**Ogden, UT 84404** |

**Fill in this information to identify the case:**

Debtor name      **TR Welding, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF IDAHO

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                 12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 _____ | _____ Street<br>_____<br>City    State    Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.2 _____ | _____ Street<br>_____<br>City    State    Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 _____ | _____ Street<br>_____<br>City    State    Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 _____ | _____ Street<br>_____<br>City    State    Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |

| Fill in this information to identify the case: |
|---|
| Debtor name **TR Welding, Inc.** |
| United States Bankruptcy Court for the: DISTRICT OF IDAHO |
| Case number (if known) _____ |

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

**04/25**

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:    Income**

1. **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2025** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$199,958.00** |
| **For prior year:**<br>From **1/01/2024** to **12/31/2024** | ■ Operating a business<br>☐ Other _____ | **$1,658,665.00** |
| **For year before that:**<br>From **1/01/2023** to **12/31/2023** | ■ Operating a business<br>☐ Other _____ | **$1,697,883.00** |

2. **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
    List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

| Debtor | TR Welding, Inc. | Case number *(if known)* |
|---|---|---|

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Spencer Bedke**<br><br>**General Manager** | **3/1/2023 -<br>12/23/2024** | **$11,872.00** | **Reimbursement for payments made. See Attachment B.** |
| 4.2. **Todd Robinson**<br><br>**Owner** | **1/1/2024 -<br>12/31/2024** | **$30,830.00** | **Money, products, fuel, and draws/bonuses.** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

### Part 3: Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **Agri-Systems, Inc., a Montana corporation doing business as ASI Industrial Plaintiff, vs. TR Welding, an Idaho corporation, and DOE 1 through DOE 5, inclusive Defendant.**<br>**CV34-23-00132** | **Civil** | **Minidoka County District Court**<br>**711 G St**<br>**Rupert, ID 83350** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ■ None

### Part 4: Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

| Debtor | TR Welding, Inc. | Case number *(if known)* | |
|---|---|---|---|

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:  Certain Losses

**10.  All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6:  Certain Payments or Transfers

**11.  Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Foley Freeman, PLLC**<br>**953 S. Industry Way**<br>**Meridian, ID 83642** | **Attorney Fees** | | **$20,000.00** |
| | Email or website address<br>**pgeile@foleyfreeman.com** | | | |
| | Who made the payment, if not debtor? | | | |

**12.  Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13.  Transfers not already listed on this statement**

List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

## Part 7:  Previous Locations

**14.  Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

| Debtor | TR Welding, Inc. | Case number *(if known)* | |

■ Does not apply

| Address | Dates of occupancy From-To |

**Part 8:    Health Care Bankruptcies**

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |

**Part 9:    Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

Debtor    TR Welding, Inc.                                                    Case number *(if known)*  _____

---

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

---

**Part 11:**  **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

**Part 12:**  **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

**Part 13:**  **Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

---

Official Form 207                   **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**                   page **5**

| Debtor | TR Welding, Inc. | Case number *(if known)* |
|---|---|---|

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1. **Laurel Schmidt**<br>**Intermountain Tax Services Inc**<br>**204 N Greenwood**<br>**Shoshone, ID 83352** | **12/2023 - Current** |
| 26a.2. **Phillips Oakes Goodwin Crane**<br>**PO BOX 608**<br>**Burley, ID 83318** | **1/2020 - 12/2023** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1. **International Develpoment Services**<br>**7900 East Union Avenue**<br>**Suite 1100**<br>**Denver, CO 80237** | **10/2023 - 1/2024** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. **Laurel Schmidt**<br>**Intermountain Tax Services Inc**<br>**204 N Greenwood**<br>**Shoshone, ID 83352** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address | |
|---|---|
| 26d.1. **DL Evans Bank**<br>**318 S Oneida St**<br>**Rupert, ID 83350** | |
| 26d.2. **International Develpoment Services**<br>**7900 East Union Avenue**<br>**Suite 1100**<br>**Denver, CO 80237** | |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

■ Yes. Give the details about the two most recent inventories.

Debtor    **TR Welding, Inc.**                                                Case number *(if known)* _____

| | **Name of the person who supervised the taking of the inventory** | **Date of inventory** | **The dollar amount and basis (cost, market, or other basis) of each inventory** |
|---|---|---|---|
| 27.1. | **Jason Darchuck** | **1/2022** | **$47,298 - Cost** |
| | **Name and address of the person who has possession of inventory records** | | |
| | **Spencer Bedke** | | |
| 27.2. | **Jason Darchuck** | **1/2023** | **$39,977 - Cost** |
| | **Name and address of the person who has possession of inventory records** | | |
| | **Spencer Bedke** | | |
| 27.3. | **Jason Darchuck** | **2/2025** | **$53,296 - Cost** |
| | **Name and address of the person who has possession of inventory records** | | |
| | **Spencer Bedke** | | |

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Todd Robinson** | **701 S Oneida St**<br>**Rupert, ID 83350** | **Owner** | **100%** |
| **Spencer Bedke** | **750 E 800**<br>**Rupert, ID 83350** | **General Manager** | **0%** |
| **Sara Zollinger** | **297 N Wilson**<br>**Oakley, ID 83346** | **Office Manager** | **0%** |

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

Debtor    **TR Welding, Inc.**                                        Case number *(if known)* _____

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

- ■ No
- ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

- ■ No
- ☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor      **TR Welding, Inc.**                                                    Case number *(if known)*

---

| Part 14: | Signature and Declaration |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **April 11, 2025**

**/s/ Todd Robinson**                                        **Todd Robinson**
Signature of individual signing on behalf of the debtor      Printed name

Position or relationship to debtor    **Owner**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
☒ Yes

In re    **TR Welding Inc.** _____    Case No. _____
                                    Debtor(s)

## STATEMENT OF FINANCIAL AFFAIRS
### Attachment B

2:16 PM
02/19/25

# TR Welding, Inc.
## Vendor QuickReport
### February 1, 2023 through February 18, 2025

**Spencer Bedke (Reimbursement)**

| Type | Date | Num | Memo | Account | Split | Credit |
|---|---|---|---|---|---|---|
| Bill | 03/01/2023 | 2000107-90121033 | Walmart Order 2000107-90121033 | 203 · Accounts Payable | 5021 · Direct Material Purchases | 57.10 |
| Bill Pmt -Check | 03/01/2023 | 8087 | Walmart Order 2000107-90121033 | 100 · DL Evans Bank | 203 · Accounts Payable | 57.10 |
| Check | 04/13/2023 | 8191 | Reimbursement - Job 6006-1 Purchase | 100 · DL Evans Bank | 5021 · Direct Material Purchases | 71.38 |
| Check | 12/13/2023 | 8638 | | 100 · DL Evans Bank | 730 · Office Supplies | 1,046.77 |
| Purchase Order | 03/05/2024 | 7349 | Sales Order 7164: Estimate E-1801: | 903 · Purchase Orders | -SPLIT- | 1,551.00 |
| Bill | 03/05/2024 | McNichols 3186301 | | 203 · Accounts Payable | -SPLIT- | 1,551.07 |
| Bill Pmt -Check | 03/05/2024 | 8794 | McNichols 3186301 | 100 · DL Evans Bank | 203 · Accounts Payable | 1,551.07 |
| Bill | 03/15/2024 | MVA 7627 | | 203 · Accounts Payable | 5513 · Indirect Shop Materials | 1,430.00 |
| Bill Pmt -Check | 03/15/2024 | 8813 | | 100 · DL Evans Bank | 203 · Accounts Payable | 1,430.00 |
| Bill | 09/18/2024 | | Eagle Peak Lodge 09/16 - 09/19 rooms purchas | 203 · Accounts Payable | 5092 · Direct Travel Expense | 1,512.00 |
| Check | 09/18/2024 | 9167 | VOID: | 100 · DL Evans Bank | 5513 · Indirect Shop Materials | |
| Bill Pmt -Check | 09/18/2024 | 9169 | Eagle Peak Lodge 09/16 - 09/19 rooms purchas | 100 · DL Evans Bank | 203 · Accounts Payable | 1,512.00 |
| Bill | 09/18/2024 | | payment to Sparks card | 203 · Accounts Payable | 2294 · Capital One Spark Card - 2994 | 1,000.00 |
| Bill Pmt -Check | 09/18/2024 | 9170 | payment made to the Sparks card | 100 · DL Evans Bank | 203 · Accounts Payable | 1,000.00 |
| Check | 09/19/2024 | 9171 | Conf. Code #R2Q7Q174 Sp Crd | 100 · DL Evans Bank | 901 · Reimbursement | 1,500.00 |
| Bill | 09/20/2024 | | payment to Sparks card | 203 · Accounts Payable | 2294 · Capital One Spark Card - 2994 | 2,000.00 |
| Bill Pmt -Check | 09/20/2024 | 9175 | payment to Sparks card | 100 · DL Evans Bank | 203 · Accounts Payable | 2,000.00 |
| Bill | 09/25/2024 | | reimbursement for printer cartridges | 203 · Accounts Payable | 730 · Office Supplies | 118.99 |
| Bill Pmt -Check | 09/25/2024 | 9184 | reimbursement for printer cartridges | 100 · DL Evans Bank | 203 · Accounts Payable | 118.99 |
| Bill | 09/26/2024 | | payment to Sparks card - R193A3J5 | 203 · Accounts Payable | 2294 · Capital One Spark Card - 2994 | 400.00 |
| Bill Pmt -Check | 09/26/2024 | 9185 | payment to Sparks card - R193A3J5 | 100 · DL Evans Bank | 203 · Accounts Payable | 400.00 |
| Bill | 10/02/2024 | | payment to Sparks card - R298K189 | 203 · Accounts Payable | 2294 · Capital One Spark Card - 2994 | 400.00 |
| Bill Pmt -Check | 10/02/2024 | 9199 | payment to Sparks card - R298K189 | 100 · DL Evans Bank | 203 · Accounts Payable | 400.00 |
| Bill | 10/04/2024 | | payment to Sparks card - R590Q0J8 | 203 · Accounts Payable | 2294 · Capital One Spark Card - 2994 | 150.00 |
| Bill Pmt -Check | 10/04/2024 | 9201 | payment to Sparks card - R590Q0J8 | 100 · DL Evans Bank | 203 · Accounts Payable | 150.00 |
| Bill | 10/08/2024 | | payment to Sparks card - R099W006 | 203 · Accounts Payable | 2294 · Capital One Spark Card - 2994 | 1,500.00 |
| Bill Pmt -Check | 10/08/2024 | 9202 | payment to Sparks card - R099W006 | 100 · DL Evans Bank | 203 · Accounts Payable | 1,500.00 |
| Bill | 11/26/2024 | | Ebay purchase - brake parts for Chad's 2017 Cl | 203 · Accounts Payable | -SPLIT- | 445.99 |
| Bill Pmt -Check | 11/26/2024 | 9336 | Ebay purchase - brake parts for Chad's 2017 Cl | 100 · DL Evans Bank | 203 · Accounts Payable | 445.99 |
| Bill | 12/23/2024 | | Reimbursement for Parts purchased Ebay - Act | 203 · Accounts Payable | -SPLIT- | 188.44 |
| Bill Pmt -Check | 12/23/2024 | 9392 | Reimbursement for Parts purchased Ebay - Act | 100 · DL Evans Bank | 203 · Accounts Payable | 188.44 |

## United States Bankruptcy Court
### District of Idaho

In re **TR Welding, Inc.**

Debtor(s)

Case No.

Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|

**-NONE-**

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Owner** of the S-Corp named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **April 11, 2025**

Signature **/s/ Todd Robinson**

**Todd Robinson**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
### District of Idaho

In re  **TR Welding, Inc.** _____    Case No. _____

                                    Debtor(s)                    Chapter    **11** _____

# VERIFICATION OF CREDITOR MATRIX

I, the Owner of the S-Corp named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **April 11, 2025** _____    **/s/ Todd Robinson** _____
                                      **Todd Robinson**/Owner
                                      Signer/Title

```
Capital One
PO BOX 60519
City of Industry, CA 91716-0519


Department of the Treasury
Internal Revenue Service
Ogden, UT 84201-0002


DL Evans
318 S Oneida St
Rupert, ID 83350


Goff Welding LLC
458 E 400 S
Burley, ID 83318


Hepworth Law Offices
PO BOX 2815
Boise, ID 83701


Idaho State Tax Commission
Bankruptcy Division
PO BOX 36
Boise, ID 83722
```

```
International Development
7900 East Union Ave
Suite 1100
Denver, CO 80237


IRS
PO BOX 7346
Philadelphia, PA 19101-7346


MC Welding LLC
801 Salmon Dr
ID 83363


Miles Robinson
2983 West 2600 North
Ogden, UT 84404


Racine Olson Attorneys
PO BOX 1391
Pocatello, ID 83204


Western States Eqipment
3085 W Kimberly Rd
Twin Falls, ID 83301
```